| | |
|---|---|
| PETER JERALD FROMMER<br>NAME<br>#58541-112<br>~~PRISON IDENTIFICATION/BOOKING NO.~~<br>Taft CI, P.O. Box 7001<br>ADDRESS OR PLACE OF CONFINEMENT<br>Taft, CA 93268 | FILED<br>CLERK, U.S. DISTRICT COURT<br>DEC 27 2013<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

Note: If represented by an attorney, provide name, address & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PETER JERALD FROMMER<br>FULL NAME OF MOVANT<br>(Include name under which you were convicted)<br>Petitioner. | CASE NUMBER:<br>CV13-09518 GW<br>To be supplied by the Clerk of the United States District Court<br><br>CR 2:10-cr-00109-GW<br>Criminal case under which sentence was imposed.<br><br>MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY<br>28 U.S.C § 2255 |

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 24 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### INSTRUCTIONS - READ CAREFULLY

This motion must be legibly handwritten or typewritten and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any questions use reverse side of sheet.

Additional pages are not permitted. No citation or authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

Upon receipt, your motion will be filed if it is in proper order. **NO FEE** is required with this motion

If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed in forma pauperis, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in a different districts, you must file separate motions as to each judgment.

Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

When the motion is fully completed, the original and three (3) copies must be mailed to the Clerk of the United States District Court, whose address is 312 North Spring Street, Los Angeles, California 90012.

## MOTION

1. Name and location of court which entered judgment of conviction under attack: <u>United States District Court, Central District of California, Los Angeles, CA</u>

2. Date of judgment of conviction: <u>April 19, 2011</u>
3. Length of sentence: <u>108 months</u>    Sentencing judge: <u>George H. Wu</u>
4. Nature of offense or offenses for which you were convicted: <u>Count 9: Wire Fraud, 18 USC §1341; Count 10: Unlawful Monetary Transactions, 18 USC §1957; Counts 15-17: Failure to File Federal Income Tax Returns, 26 USC §7203</u>

5. What was your plea? *(check one)*
   ☐ Not guilty
   ☒ Guilty
   ☐ Nolo Contendere

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: <u>N/A</u>

6. Kind of trial: *(check one)*
   ☐ Jury
   ☒ Judge only

7. Did you testify at the trial?
   ☐ Yes   ☒ No

8. Did you appeal from the judgment of conviction?
   ☒ Yes   ☐ No

9. If you did appeal, answer the following:

    (a) Name of court __United States Court of Appeals__

    (b) Result __Affirmed__

    (c) Date of result __October 29, 2012__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?

    ☐ Yes   ☒ No

11. If your answer to question number 10 was "yes", give the following information:

    (a) (1) Name of Court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?

    ☐ Yes   ☐ No

    (5) Result __N/A__

    (6) Date of result __N/A__

    (b) (1) Name of Court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?

    ☐ Yes   ☐ No

    (5) Result __N/A__

    (6) Date of result __N/A__

    (c) (1) Name of Court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?

    ☐ Yes   ☐ No

(5) Result ___N/A___

(6) Date of result ___N/A___

(d) Did you appeal, to an appellate federal court having jurisdiction, the results of action taken on any petition, application or motion?

(1) First petition, etc.    ☐ Yes ☐ No

(2) Second petition, etc.   ☐ Yes ☐ No

(3) Third petition, etc.    ☐ Yes ☐ No

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

___N/A___

12. State concisely every ground on which you claim that you are being held unlawfully.

**CAUTION:** If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date. For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you selected one or more of these grounds for relief, you must allege facts in support of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: Counsel failed to object to district court's treatment of the Sentencing factors. Ineffective assistance of counsel

Supporting facts (tell your story briefly without citing cases or law): See Memorandum in Support

B. Ground two: Counsel's inappropriate advice caused the defendant to not make necessary challenges at sentencing hearing. Ineffective assistance of counsel.

Supporting facts (tell your story briefly without citing cases or law): See Memorandum in Support

C. Ground three: Counsel made inappropriate representations of the facts of the case and characteristics of defendant. Ineffective assistance of counsel.

Supporting facts (tell your story briefly without citing cases or law): See Memorandum in Support

D. Ground four: Lack of support to sustain allegation of illegitimate businesses. Ineffective assistance of counsel. Counsel failed to pursue.

Supporting facts (tell your story briefly without citing cases or law): See Memorandum in Support

13. If any of the grounds listed in 12 A, B, C and D were not previously presented, state briefly what grounds were not presented, and give your reasons for not presenting them: Either grounds were not ripe for appeal or counsel failed to make proper presentations. None of these were brought on appeal.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    ☐ Yes   ☒ No

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attached herein:

    (a) At a preliminary hearing: Myra Sun, Federal Public Defender, 321 E. 2nd Street, Los Angeles, CA 90012

    (b) At arraignment and plea: _____

    (c) At trial: Same as (a)

    (d) At sentencing: Same as (a)

    (e) On appeal: Richard A. Levy, 3868 W. Carson St., Suite 205, Torrance, CA 90503

    (f) In any post-conviction proceeding: None

    (g) On appeal from any adverse ruling in a post-conviction proceeding: N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court at approximately the same time?

    ☒ Yes    ☐ No

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    ☐ Yes    ☒ No

    (a) If so, give the name and location of the court which imposed sentence to be served in the future: N/A

    (b) Give the date and length of sentence to be served in the future: N/A

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed sentence to be served in the future?    N/A

        ☐ Yes    ☐ No

WHEREFORE, movant prays that the court grant him all relief to which he may be entitled in this proceeding.

                                        N/A
                              _____
                                 *Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  December 19, 2013                    [signature]
            _____         _____
                     *Date*                       *Signature of Movant*



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-7984 | (714) 338-4750 |

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Peter Jerald Frommer
58541-112
P. O. Box 7001
Taft, Ca. 93268

Dear Sir/Madam:

A ☐ Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number _____.

A ☒ Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number ____CR10-109-GW____ and also assigned civil case number ____CV13-9518-GW____.

Please refer to these case numbers in all future communications.

Please address all correspondence to the attention of the Courtroom Deputy Clerk for District Court Judge, ____George H. Wu____, at the following address:

☒ U.S. District Court            ☐ Ronald Reagan Federal            ☐ U.S. District Court
   312 N. Spring Street               Building and U.S. Courthouse        3470 Twelfth Street
   Civil Section, Room G-8            411 West Fourth St., Suite 1053     Room 134
   Los Angeles, CA 90012              Santa Ana, CA 92701-4516            Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Clerk, U. S. District Court

December 27, 2013                              By C. Sawyer
        Date                                        Deputy Clerk

CV-17 (08/13)            LETTER re FILING H/C PETITION or 28/2255 MOTION

