Peter Jerald Frommer
#58541-112
Taft Correctional Institution
P.O. Box 7001
Taft, CA 93268
Petitioner, Pro Per



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER JERALD FROMMER,<br><br>Defendant | Case No.: 2:13-cv-09518-GW<br>(Criminal Case No.: CR-10-00109-GW)<br><br>**DEFENDANT'S REQUEST FOR RULING ON THE PLEADINGS** |

COMES NOW the Movant, Peter Jerald Frommer, to request this honorable court to rule on the pleadings in regard to discovery and permit Movant to serve his interrogatories.

The information is necessary and imperative to the Movant for his adequate support of his Motion to Vacate, Set Aside or Correct his sentence.

Movant requests that this court order the government and/or Ms. Sun to answer Movant's interrogatories.

Dated this ___4th___ day of May 2015.

_____
Peter Jerald Frommer