UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CR 10-109-GW ✔ <br> CV 13-9518-GW | Date | June 17, 2015 |
|---|---|---|---|
| Title | *United States of America v. Peter Jerald Frommer* | | |

| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None Present                          None Present

**Proceedings:**   **IN CHAMBERS re BRIEFING SCHEDULE - Defendant/Petitioner's Motion to Vacate, Set Aside or Correct Sentence, pursuant to Title 28 USC 2255**

On May 27, 2015, this Court issued a ruling denying Peter Frommer's Petition/Motion to vacate or set aside his sentence pursuant to 28 U.S.C. § 2255, subject to the Government's submission of a supplemental response to a contention raised for the first time in his reply papers. *See* Docket No. 21. The Government has filed that supplemental response which this Court has reviewed. *See* Docket No. 22. For the reasons stated in its May 27th ruling and considering the Government's further filing, the Court DENIES Frommer's § 2255 Petition in full.

                                                                                       :
                                                  Initials of Preparer    JG