## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Peter Jerald Frommer | CASE NUMBER |
|---|---|
| PETITIONER | 2:13-cv-09518-GW/CR-10-00109-GW |
| v. | |
| United States of America | ORDER RE: CERTIFICATE OF APPEALABILITY |
| RESPONDENT. | |

On ___July 22, 2015___, Petitioner filed ~~a Notice of Appeal and~~ a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the matter.

IT IS HEREBY ORDERED:

☐ The Certificate of Appealability is **GRANTED**. The specific issue(s) satisfy §2253(c)(2) as follows:

☑ The Certificate of Appealability is **DENIED** for the following reason(s):
    ☑ There has been no substantial showing of the denial of a constitutional right.
    ☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
    ☐ The appeal seeks to test the validity of the detention pending removal proceedings.

___August 14, 2015___
Date

___[signature]___
United States District Judge